UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ryan Gamboa

Plaintiff(s)

v.   CIVIL ACTION NO. 16cv10742- GAO

MetroPCS Massachusetts, LLC

Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'Toole U.S.D.J.

\_\_\_\_\_ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

The defendants have immunity from all the plaintiff's claims, and the defendants' motion for summary judgment as to all claims is GRANTED. The Clerk will enter judgment for the defendants and close the case.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 01/11/2018     By /s/ Taylor Halley
                        Deputy Clerk